A. T. JULIAN v. CITY OF WINSTON-SALEM ET AL.

(Filed 16 November, 1927.)

**Appeal and Error—Divided Court—Law of the Case.**
     Where one of the Justices of the Supreme Court takes no part in the decision of the case, and the other four are equally divided in their opinion, the judgment of the lower court is the law of the case, but not to be regarded as a precedent.

APPEAL by defendants from *Harding, J.,* at May Term, 1927, of FORSYTH.

*W. R. Dalton for plaintiff.*
*Fred M. Parrish for defendants.*

PER CURIAM. One member of the Court not sitting and the others being equally divided in opinion, the judgment will not be disturbed, but the decision will not become a precedent.
     No error.

———————————

PAGE TRUST COMPANY AND S. O. BAUERSFELD, RECEIVERS OF THE BANK OF HAMLET, v. R. LEVIN, H. LEVIN AND J. LEVIN, COPARTNERS, TRADING AS R., H. AND J. LEVIN.

(Filed 16 November, 1927.)

APPEAL by plaintiff from *Lyon, Special Judge,* at March Term, 1927, of RICHMOND.
     Civil action to recover balance alleged to be due on promissory note.
     Defendants claimed a set-off to the amount of moneys had on deposit in the Bank of Hamlet at the time of its closing.
     Upon the facts found by the judge, by consent, sitting as both judge and jury, a trial by the latter being waived, judgment was entered for the defendants for the excess of the amount on deposit over the balance due on the note in suit. Plaintiffs appeal, assigning error.

*Bynum & Henry for plaintiffs.*
*W. R. Jones for defendants.*

PER CURIAM. The case is controlled by what was said in *Coburn v. Carstarphen, ante,* 368, 139 S. E., 596; *Williams v. Coleman,* 190 N. C., 368, 129 S. E., 818, and *Davis v. Mfg. Co.,* 114 N. C., 321, 19 S. E., 371. The judgment must be upheld on authority of these cases.
     Affirmed.